ante, p. 818;
ante, p. 836;
ante, p. 953;
ante, p. 925;
ante, p. 943;
*1021 No. 87-286.
No. 87-345.
No. 87-390.
No. 87-414.
No. 87-433.
No. 87-504.
No. 87-580.
No. 87-5072.
No. 87-5077.
No. 87-5194.
No. 87-5195.
No. 87-5257.
No. 87-5383.
No. 87-5427.
No. 87-5445.
No. 87-5456.
No. 87-5539.
No. 87-5579.
ante, p. 925;
ante, p. 909;
ante, p. 909;
ante, p. 919;
ante, p. 927;
ante, p. 944;
ante, p. 952;
ante, p. 859;
ante, p. 947;
ante, p. 899;
ante, . 899;
ante, p. 933;
ante, p. 916;
ante, p. 933;
ante, p. 933;
ante, p. 930;
ante, p. 951; and
ante, p. 957. Petitions for rehearing denied.